UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PAULINE BADEAUX, GLENDA BRITTON, :
KIMBRA CALLAHAN, LYNDA CERVENKA, :
ELNORA CHAPPELL, GEORGE DOOLEY, :
WILMA DOOLEY, WAYLAND DURR, ROBIN :
FANGUY, JERRY FORNEA, :
 :
    Plaintiffs. : Civil Action
v. : No. 04-11233-GAO
 :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
 :
    Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 28, 2004      Respectfully submitted,
    Boston, Massachusetts

    /s/Matthew J. Matule
    Matthew J. Matule (BBO #632075)
    SKADDEN, ARPS, SLATE,
Of Counsel:        MEAGHER & FLOM LLP
Barbara Wrubel      One Beacon Street
Katherine Armstrong      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,      (617) 573-4800
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000      Counsel for Defendant
    Boehringer Ingelheim Pharmaceuticals, Inc.