UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PAULINE BADEAUX, GLENDA BRITTON,      :
KIMBRA CALLAHAN, LYNDA CERVENKA,
ELNORA CHAPPELL, GEORGE DOOLEY,       :
WILMA DOOLEY, WAYLAND DURR, ROBIN
FANGUY, JERRY FORNEA,                 :
                                      :
       Plaintiffs,                    :   Civil Action
v.                                    :   No. 04-11233-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: September 2, 2004
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Counsel for Defendant
Indevus Pharmaceuticals, Inc.